**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**SUSAN GRAZIOSI**                                                                 **PLAINTIFF**

**V.**                                                        **NO.: 4:12-CV-68-MPM-DAS**

**CITY OF GREENVILLE,
CHIEF FREDDIE CANNON**                                        **DEFENDANTS**

**JUDGMENT**

Pursuant to the memorandum opinion issued this day, defendants' motion for summary judgment is granted with prejudice and the case is dismissed.

IT IS SO ORDERED, this the 3rd day of December, 2013.

                                                      **/S/ MICHAEL P. MILLS**
                                                      CHIEF JUDGE MICHAEL P. MILLS
                                                      UNITED STATES DISTRICT COURT
                                                      NORTHERN DISTRICT OF MISSISSIPPI